Date: 07/26/11            **DIVIDENDS REMITTED TO THE COURT**            Page: 1

Case Number 11-10214 - TENNANT, BRYAN KEITH

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Capital Recovery IV LLC**<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605<br>   (7-1) SAM'S CLUB | 000007 | 105.67 | 4.38 |
| ---------- Remittance Total --------------- | | 105.67 | 4.38 |

_[signature]_
SUSAN MANCHESTER, Trustee